DUGHI, HEWIT & DOMALEWSKI, P.C.
Craig A. Domalewski
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200
cdomalewski@dughihewit.com

*Attorneys for Defendants The Port Authority
of New York and New Jersey and The Port
Authority Trans-Hudson Corporation*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF JERSEY CITY,<br><br>    Plaintiff,<br><br>v.<br><br>THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY and THE PORT AUTHORITY TRANS-HUDSON CORPORATION,<br><br>    Defendants. | Honorable Susan D. Wigenton, U.S.D.J.<br><br>Civil Action No.: 2-14-cv-03286 (SDW)(SCM)<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS COUNT SEVEN AND COUNT NINE OF PLAINTIFF'S AMENDED COMPLAINT**<br><br>**Filed Electronically**<br><br>**Return Date : July 6, 2015**<br><br>**ORAL ARGUMENT REQUESTED** |

TO:  Victor A. Afanador, Esq.
     Mayra V. Tarantino, Esq.
     Jeffrey A. Shooman, Esq.
     Adam Najib, Esq.
     LITE DEPALMA GREENBERG, LLC
     Two Gateway Center, Suite 1201
     Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that on July 6, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants The

Port Authority of New York and New Jersey and The Port Authority Trans-Hudson Corporation (hereinafter "Defendants"), shall move before the Honorable Susan D. Wigenton, U.S.D.J., at the M.L. King, Jr. Federal Bldg. and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for entry of an Order granting Defendants' Motion to Dismiss Count Seven and Count Nine of Plaintiff's Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion to Dismiss Count Seven and Count Nine of Plaintiff's Amended Complaint, Defendants will rely upon the Brief and Certification of Counsel submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request oral argument.

DUGHI, HEWIT & DOMALEWSKI, P.C.
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200

Attorneys for Defendants The Port Authority of New York and New Jersey and The Port Authority Trans-Hudson Corporation

/s  Craig A. Domalewski
   Craig A. Domalewski, Esq.
   cdomalewski@dughihewit.com

Dated:  May 1, 2015